**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ARNOLD, STEVEN A § Case No. 09-70933-MB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $51,590.00 |
| Total Distribution to Claimants: $2,336.90 | Claims Discharged Without Payment: $15,015.21 |
| Total Expenses of Administration: $1,999.86 | |

3) Total gross receipts of $ 6,436.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,100.00 (see **Exhibit 2**), yielded net receipts of $4,336.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $167,886.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,999.86 | 1,999.86 | 1,999.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 21,657.00 | 17,352.11 | 17,352.11 | 2,336.90 |
| **TOTAL DISBURSEMENTS** | $189,543.00 | $19,351.97 | $19,351.97 | $4,336.76 |

    4) This case was originally filed under Chapter 7 on March 16, 2009.
. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2010        By: /s/BERNARD J. NATALE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Wrongful Termination Claim | 1149-000 | 6,435.00 |
| Interest Income | 1270-000 | 1.76 |
| **TOTAL GROSS RECEIPTS** | | **$6,436.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Steve A Arnold | | 8100-002 | 2,100.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,100.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citi Mortgage Inc | 4110-000 | 167,422.00 | N/A | N/A | 0.00 |
| Harris NA | 4110-000 | 464.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$167,886.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### **EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 13.32 | 13.32 | 13.32 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 897.50 | 897.50 | 897.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,084.19 | 1,084.19 | 1,084.19 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.85 | 4.85 | 4.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,999.86 | 1,999.86 | 1,999.86 |

### **EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### **EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marquerite Ferri | 5100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William A Hellyer LTD | 7100-000 | N/A | 5,870.00 | 5,870.00 | 863.01 |
| CHASE BANK USA | 7100-000 | N/A | 5,761.41 | 5,761.41 | 847.04 |
| Chase Bank USA NA | 7100-000 | N/A | 4,263.66 | 4,263.66 | 626.85 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7200-000 | N/A | 1,457.04 | 1,457.04 | 0.00 |
| Capital 1 Bank | 7100-000 | 20,568.00 | N/A | N/A | 0.00 |
| MHS Physician Services | 7100-000 | 686.00 | N/A | N/A | 0.00 |
| Northwest Dental Associates LLC | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| Sprint Nextel Corporation | 7100-000 | 264.00 | N/A | N/A | 0.00 |
| Washington Mutual/Providian | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 21,657.00 | 17,352.11 | 17,352.11 | 2,336.90 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70933-MB  
**Case Name:** ARNOLD, STEVEN A  

**Period Ending:** 06/08/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/16/09 (f)  
**§341(a) Meeting Date:** 04/23/09  
**Claims Bar Date:** 07/31/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 716 West Route 176, Mchenry, | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash with debtor | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with TCF Bank, Mchenry, IL | 700.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. household goods with debtor | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. books and CD's with debtor | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. clothes with debtor | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. hobby and sports equipment with debtor | 50.00 | 0.00 | | 0.00 | FA |
| 8 | 401k with Harris Investor Services, Palatine, IL | 30,615.00 | 0.00 | | 0.00 | FA |
| 9 | 1992 Acura Legend with 150,000 miles | 1,275.00 | 0.00 | | 0.00 | FA |
| 10 | 12' 1970's Starcraft Sailboat | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Mics. machinery, fixtures etc. for business | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Wrongful Termination Claim | 6,435.00 | 4,335.00 | | 6,435.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.76 | FA |
| 13 | Assets    Totals (Excluding unknown values) | $240,925.00 | $4,335.00 | | $6,436.76 | $0.00 |

**Major Activities Affecting Case Closing:**

CLAIM OBECTION PENDING.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2010         **Current Projected Date Of Final Report (TFR):**    March 8, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-70933-MB  
**Case Name:** ARNOLD, STEVEN A

**Taxpayer ID #:** **-***8676  
**Period Ending:** 06/08/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-65 - Money Market Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/09 | {12} | UPS | SETTLEMENT PAYMENT | 1149-000 | 6,435.00 | | 6,435.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.09 | | 6,435.09 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.28 | | 6,435.37 |
| 07/23/09 | | To Account #********5466 | Pay Debtor's Exemption | 9999-000 | | 2,200.00 | 4,235.37 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.24 | | 4,235.61 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.17 | | 4,235.78 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.17 | | 4,235.95 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.17 | | 4,236.12 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.17 | | 4,236.29 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.17 | | 4,236.46 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.16 | | 4,236.62 |
| 02/24/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.14 | | 4,236.76 |
| 02/24/10 | | To Account #********5466 | Transfer for Final Report | 9999-000 | | 4,236.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6,436.76** | **6,436.76** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 6,436.76 | |
| | | | **Subtotal** | | **6,436.76** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,436.76** | **$0.00** | |

{} Asset reference(s)

Printed: 06/08/2010 02:53 PM     V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-70933-MB  
**Case Name:** ARNOLD, STEVEN A  

**Taxpayer ID #:** **-***8676  
**Period Ending:** 06/08/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-66 - Checking Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/09 | | From Account #********5465 | Pay Debtor's Exemption | 9999-000 | 2,200.00 | | 2,200.00 |
| 07/23/09 | 101 | Steve A Arnold | | 8100-002 | | 2,100.00 | 100.00 |
| 08/13/09 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #09-70933, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 4.85 | 95.15 |
| 02/24/10 | | From Account #********5465 | Transfer for Final Report | 9999-000 | 4,236.76 | | 4,331.91 |
| 04/06/10 | | Wire out to BNYM account 9200******5466 | Wire out to BNYM account 9200******5466 | 9999-000 | -4,331.91 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,104.85 | 2,104.85 | $0.00 |
| | | | Less: Bank Transfers | | 2,104.85 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,104.85 | |
| | | | Less: Payments to Debtors | | | 2,100.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4.85** | |

{} Asset reference(s)                                                                                       Printed: 06/08/2010 02:53 PM    V.12.08

Case 09-70933   Doc 34   Filed 06/21/10   Entered 06/21/10 10:17:06   Desc Main
         Document      Page 9 of 9

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-70933-MB  
**Case Name:** ARNOLD, STEVEN A  

**Taxpayer ID #:** **-***8676  
**Period Ending:** 06/08/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5466 | Wire in from JPMorgan Chase Bank, N.A. account ********5466 | 9999-000 | 4,331.91 | | 4,331.91 |
| 04/07/10 | 10103 | BERNARD J. NATALE | Dividend paid 100.00% on $1,084.19, Trustee Compensation; Reference: | 2100-000 | | 1,084.19 | 3,247.72 |
| 04/07/10 | 10104 | William A Hellyer LTD | Distribution paid 14.70% on $5,870.00; Claim# 1; Filed: $5,870.00; Reference: | 7100-000 | | 863.01 | 2,384.71 |
| 04/07/10 | 10105 | CHASE BANK USA | Distribution paid 14.70% on $5,761.41; Claim# 2; Filed: $5,761.41; Reference: | 7100-000 | | 847.04 | 1,537.67 |
| 04/07/10 | 10106 | Chase Bank USA NA | Distribution paid 14.70% on $4,263.66; Claim# 3; Filed: $4,263.66; Reference: | 7100-000 | | 626.85 | 910.82 |
| 04/07/10 | 10107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 910.82 | 0.00 |
| | | | Dividend paid 100.00% on $897.50; Claim# ATTY; Filed: $897.50 | 897.50 | 3110-000 | | 0.00 |
| | | | Dividend paid 100.00% on $13.32; Claim# EXP; Filed: $13.32 | 13.32 | 3120-000 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 4,331.91 | 4,331.91 | $0.00 |
| Less: Bank Transfers | | 4,331.91 | 0.00 | |
| **Subtotal** | | 0.00 | 4,331.91 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$4,331.91** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****54-65** | 6,436.76 | 0.00 | 0.00 |
| **Checking # ***-*****54-66** | 0.00 | 4.85 | 0.00 |
| **Checking # 9200-******54-66** | 0.00 | 4,331.91 | 0.00 |
| | **$6,436.76** | **$4,336.76** | **$0.00** |

{} Asset reference(s)

Printed: 06/08/2010 02:53 PM   V.12.08